

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carlos Romeo Craig, Appellant

No. 06-22-00109-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 22F0161-102-A). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to recite that Craig was convicted of aggravated assault with a deadly weapon under Section 22.02(a)(2) of the Texas Penal Code, a second-degree felony. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Carlos Romeo Craig, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 6, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk